UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GRAJALES RINCON, et al.,

                  *Plaintiff,*

                -against-

CHOP'T CREATIVE SALAD COMPANY LLC, et al,

                *Defendants.*
----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. 17-cv-10128-KBF

STATE OF NEW YORK  )
                              ) SS.:
COUNTY OF NEW YORK  )

      MARIA J. CEDENO CASSINELLI, being duly sworn, deposes and says:

      Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

      On December 28, 2017, I mailed copies of Judge Katherine B. Forrest's Order dated December 28, 2017 (Dkt. No. 17), along with a copy of her Individual Rules of Practice in Civil Cases by First Class Mail, through the United States Postal Service to:

CHOP'T CREATIVE SALAD COMPANY LLC
853 BROADWAY STE. 606
NEW YORK, NY 10003

TONY SHURE
853 BROADWAY STE. 606
NEW YORK, NY 10003

CHOPT SOHO LLC
54 SPRING ST
NEW YORK, NY 10012

CHOP'T 100 PARK LLC
100 PARK AVE
NEW YORK, NY 10017

CHOP'T CREATIVE SALAD CO. UNION SQUARE LLC
24 E 17TH ST
NEW YORK, NY 10003

CHOP'T ASTOR LLC
51 ASTOR PL
NEW YORK, NY 10003

CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

CHOP'T 42ND STREET LLC
11 W 42ND ST
NEW YORK, NY 10036

CHOP'T CREATIVE SALAD COMPANY 52ND STREET, LLC
165 E 52ND ST
NEW YORK, NY 10022

CHOP'T 80 PINE LLC
80 PINE ST
NEW YORK, NY 10005

CHOP'T 23RD STREET LLC
18 E 23RD ST
NEW YORK, NY 10010

CHOP'T WFC LLC
225 LIBERTY ST
NEW YORK, NY 10281

CHOP'T NYP LLC
1 NEW YORK PLAZA
1 WHITEHALL ST
NEW YORK, NY 10004

_____
MARIA J. CEDENO CASSINELLI

Sworn to before one me on this
JANUARY 2, 2018

_____
Notary Public

MICHAEL FAILLACE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FA6120964
Qualified in New York County
My Commission Expires January 03, 20__

# stamps.com Shipping Label Receipt

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017          Mailing Date: 12/28/2017

**From:** MICHAEL FAILLACE & ASSOCIATES, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165

**To:** CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK NY 10011-5201

USPS Postmark Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

Inhoud. Order of Judge's Rules ((4 opt))

# stamps.com    Shipping Label Receipt

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017          Mailing Date: 12/28/2017

**From:**   MICHAEL FAILLACE & ASSOCIATES, P.C.
            60 EAST 42ND STREET SUITE 4510
            NEW YORK NY 10165

**To:**     CHOP'T CREATIVE SALAD COMPANY LLC
            853 BROADWAY STE. 606              USPS
            NEW YORK NY 10003-4723             Postmark
                                               Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

*(handwritten: initialed — see Judge's Rules (Chop't))*

# stamps.com  Shipping Label Receipt

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017          Mailing Date: 12/28/2017

**From:** MICHAEL FAILLACE & ASSOCIATES, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165

**To:** TONY SHURE
853 BROADWAY STE. 606
NEW YORK NY 10003-4723

USPS Postmark Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

## stamps.com Shipping Label Receipt

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017        Mailing Date: 12/28/2017

**From:** MICHAEL FAILLACE & ASSOCIATES, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165

**To:** CHOPT SOHO LLC
54 SPRING ST
NEW YORK NY 10012-4143

USPS
Postmark
Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

Handwritten annotation across top: MIRROR CONF. ORDER 32 JUDGE 5/2/18 Envelope (6 of 14)

---

**stamps.com** **Shipping Label Receipt**

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017          Mailing Date: 12/28/2017

From:   MICHAEL FAILLACE & ASSOCIATES, P.C.
        60 EAST 42ND STREET SUITE 4510
        NEW YORK NY 10165

To:     **CHOP'T 100 PARK LLC**
        **100 PARK AVE**                     USPS
        **NEW YORK NY 10017-5516**           Postmark
                                             Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

Initial Conf. Order & Judge's Rules (Chop't)

# stamps.com  Shipping Label Receipt

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017         Mailing Date: 12/28/2017

**From:** MICHAEL FAILLACE & ASSOCIATES, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165

**To:** CHOP'T CREATIVE SALAD CO. UNION SQUARE LLC
24 E 17TH ST
NEW YORK NY 10003-1901

USPS
Postmark
Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

**stamps.com** **Shipping Label Receipt**

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017          Mailing Date: 12/28/2017

From:   MICHAEL FAILLACE & ASSOCIATES, P.C.
        60 EAST 42ND STREET SUITE 4510
        NEW YORK NY 10165

To:     **CHOP'T ASTOR LLC**                       USPS
        **51 ASTOR PL**                            Postmark
        **NEW YORK NY 10003-7139**                 Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

Handwritten annotations across top: "Without Ct. P. Order p July ↓ Pubs (Chpt 4)"

## Shipping Label Receipt

stamps.com

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017          Mailing Date: 12/28/2017

**From:** MICHAEL FAILLACE & ASSOCIATES, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165

**To:** CHOP'T 42ND STREET LLC
11 W 42ND ST
NEW YORK NY 10036-8002

USPS Postmark Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

*[Handwritten: MAIL CERT. ORDER - Judge's copy (10/14)]*

# stamps.com Shipping Label Receipt

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017          Mailing Date: 12/28/2017

**From:** MICHAEL FAILLACE & ASSOCIATES, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165

**To:** CHOP'T CREATIVE SALAD COMPANY 52ND STREET, LLC
165 E 52ND ST
NEW YORK NY 10022-6015

USPS Postmark Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

Exhibit to Proposed Order & Judge's Rules (Chop't)

**stamps.com** Shipping Label Receipt

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017          Mailing Date: 12/28/2017

From:  MICHAEL FAILLACE & ASSOCIATES, P.C.
       60 EAST 42ND STREET SUITE 4510
       NEW YORK NY 10165

To:  **CHOP'T 80 PINE LLC**
     **80 PINE ST**                               USPS
     **NEW YORK NY 10005-1702**                   Postmark
                                                  Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

Initial Conf. Order & Judge's Rules (Chop't)

### stamps.com Shipping Label Receipt

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017     Mailing Date: 12/28/2017

**From:** MICHAEL FAILLACE & ASSOCIATES, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165

**To:** CHOP'T 23RD STREET LLC
18 E 23RD ST
NEW YORK NY 10010-4404

USPS Postmark Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

Violates Judge's Rules ((chart))

# Shipping Label Receipt

**stamps.com**

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017      Mailing Date: 12/28/2017

From: MICHAEL FAILLACE & ASSOCIATES, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165

To: **CHOP'T WFC LLC**
**225 LIBERTY ST**
**NEW YORK NY 10281-1048**

USPS Postmark Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

Handwritten annotation at top: "mailed cert ofservice to Julie's Rules (Chopt)"

## stamps.com — Shipping Label Receipt

First-Class Mail
Total Postage and Fees: $1.19
Weight: 0 lbs 2 oz
Print Date: 12/28/2017          Mailing Date: 12/28/2017

From: MICHAEL FAILLACE & ASSOCIATES, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165

To: CHOP'T NYP LLC
1 NEW YORK PLAZA
1 WHITEHALL ST Ste 701
NEW YORK NY 10004-2100

USPS Postmark Here

*Regular First-Class Mail Service postage rates apply. Postmark required if fee refund requested.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.